Case 7:21-cv-08862-KMK   Document 16   Filed 02/11/22   Page 1 of 1

# BIS | BARNES IACCARINO & SHEPHERD LLP

## ATTORNEYS AT LAW

MEMO ENDORSED

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

February 11, 2022

Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

     Re:     <u>Trustees of the District Council No. 9, et al. v. National Environmental Safety</u>
<u>Company</u>
              Docket No. 21-cv-08862 (KMK)
              Order To Show Cause – Tuesday, February 15, 2022 at 11:00 a.m.

Dear Honorable Judge Karas:

This office represents the plaintiffs in the above matter. This letter makes reference to the Order to Show Cause for Default Judgment scheduled for Tuesday, February 15, 2022 at 11:00 a.m.

The Parties have settlement the matter and the Defendant is going to be sending payment to the Plaintiffs.

Accordingly, the Parties, on consent, respectfully request that the case be removed from the court calendar and be discontinued, provided, however, that if settlement is not consummated within thirty (30) days, either party may apply by letter to the Court for restoration of the action to the calendar.

Thank you for your assistance and courtesies.

Granted. The 2/15/22 conference is
adjourned sine die.

So Ordered.

_2/11/22_

Sincerely,

*Dana L. Henke*
Dana L. Henke

cc: National Environmental Safety